The Honorable Trish M Brown  Presiding

04/23/2015    Thursday                                              Courtroom #4, Portland

9:00 AM    15-31362 tmb  13  bk    Cindy Kay Lorenz AND David Bryan Lorenz

Final Hearing on Motion for Relief from Stay  Filed by Creditor Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 (MALONEY, ROBERT) (11)

Deutsche Bank National Trust Company, as ✓ROBERT E MALONEY
Deutsche Bank National Trust Company, as ✓SKYLER M TANNER
✓Cindy Kay Lorenz - db
✓David Bryan Lorenz - jdb
Wayne Godare - tr

Evidentiary Hearing:    Yes: ☒    No: ☐

For the reasons cited on the record
1. Relief from automatic stay is granted;
2. In Rem Relief is granted;
3. Waiver of 14 day stay is granted
4. Creditor must provide Debtors a copy of the Order 3 days before submitting to the ct.

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers   ☐

DOCKET ENTRY:

Run Date:   04/23/15

In Re:

Cindy + David Lorenz

Debtor

Case # 15-31362-tmb13

## List of Persons Attending

Date of Hearing 4/23/15

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Bob Maloney | DEUTCHE BANK |
| Skyler Tanner | " " |
| Cindy Lorenz | Dbs |
| David Lorenz | |